**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JACKIE LIGON, JOZELLE LIGON, MICHAEL CINTRON<br>                Plaintiffs<br><br>v.<br><br>CITY OF SPRINGFIELD, SPRINGFIELD POLICE DEPARTMENT, COMMISSIONER JOHN BARBIERI, OFFICER DANIEL BILLINGSLEY, OFFICER PATRICK HAGGERTY, TROOPER BRIAN PHILLIPS, OFFICER MICHAEL RODRIGUEZ, OFFICER PATRICK DENAULT, OFFICER IGOR BASOVSKIY, OFFICER JOSEPH LEVESQUE, OFFICER CHRISTIAN CICERO, OFFICER ANTHONY CICERO, OFFICER SHAVONNE LEWIS, OFFICER DARREN NGUYEN, OFFICER JOHN WAJDULA, OFFICER MELISSA RODRIGUEZ, OFFICER JEREMY RIVAS, OFFICER DERRICK GENTRY-MITCHELL, OFFICER NATHANIEL PEREZ, OFFICER JAMES D'AMOUR, OFFICER JOSE DIAZ, SGT. LOUIS BORTOLUCCI, LT. JESSICA HENDERSON, LT. NORMAN CHAREST, CPT. TRENT DUDA, SGT. JEFFREY MARTUCCI, SGT. J. McCOY, OFFICERS JOHN DOE 1 through 8, HAMPDEN COUNTY D.A. ANTHONY GULLINI, JENNIFER FITZGERALD, THOMAS KENNEDY<br>                Defendants | C.A. NO.: 3:18-cv-30053 |

**AGREEMENT FOR JUDGMENT IN FAVOR OF DEFENDANTS, CITY OF SPRINGFIELD, SPRINGFIELD POLICE DEPARTMENT, COMMISSIONER JOHN BARBIERI, OFFICERS DANIEL BILLINGSLEY, PATRICK HAGGERTY, DARREN NGUYEN, IGOR BASOVSKIY, CHRISTIAN CICERO, ANTHONY CICERO, SHAVONNE LEWIS, JOHN WAJDULA, MELISSA RODRIGUEZ, JEREMY RIVAS, DERRICK GENTRY-MITCHELL, NATHANIEL PEREZ, JAMES D'AMOUR, JOSE DIAZ, MICHAEL RODRIGUEZ, PATRCIK DENAULT, JOSEPH LEVESQUE, SGT.**

**LOUIS BORTOLUCCI, LT. JESSICA HENDERSON, LT. NORMAN CHAREST AND CPT. TRENT DUDA, SGT. JEFFREY MARTUCCI, SGT. J. MCCOY and TROOPER BRIAN PHILLIPS,**

_____

      Pursuant to Federal Rules of Civil Procedure 54 and 58, the Plaintiff, Michael Cintron, by and through his undersigned counsel, hereby stipulate and agree that Final Judgment shall enter in favor of the above-named Defendants as to all claims against them with prejudice and without cost, waiving all rights of appeal and/or rights to petition for attorneys' fees and/or expenses.

Respectfully submitted,
The Defendants,

City of Springfield, Springfield Police Department, Officer Daniel Billingsley, Officer Anthony Cicero, Officer Christian Cicero, Officer Igor Basovskiy, Officer Darren Nguyen, Officer Shavonne Lewis, Officer Melissa Rodriguez, Officer James D'Amour, Officer Jeremy Rivas, Officer Derrick Gentry-Mitchell, Officer Jose Diaz, Officer Nathaniel Perez, Officer John Wajdula, Patrick Haggerty, Michael Rodriguez, Patrick Denault, Joseph Levesque, Sgt. Louis Bortolucci, Lt. Jessica Henderson, Lt. Norman Charest, Cpt. Trent Duda, Commissioner John Barbieri, Sgt. Jeffrey Martucci, Sgt. J. McCoy, Trooper Brian Phillilps

By their attorneys,

Dated:  November 13, 2018                  /s/ Kathleen E. Sheehan
Kathleeen E. Sheehan, Esq., BBO#456910
Lisa C. deSousa, Esq. BBO#546115
Edward M. Pikula, Esq. BBO#399770
City of Springfield Law Department
1600 East Columbus Ave., 2nd Floor
Springfield, MA 01103
Phone: (413) 787-6654
Fax:    (413) 750-2363
ksheehan@springfieldcityhall.com
ldesousa@springfieldcityhall.com
epikula@springfieldcityhall.com

                                          Respectfully submitted,
                                          The Plaintiff, Michael Cintron,
                                          By his attorney,

Dated:  November 13, 2018              /s/ Joe A. Smith, III
                                          Joe A. Smith, Esq., BBO#680310
                                          20 Maple Street, 2nd Fl.
                                          Springfield, MA 01105
                                          Phone: (413) 788-0040
                                          smithjaesq@aol.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the within Agreement for Judgment was this day served upon Plaintiff via the Federal Court's ECF Notice and delivery System. I am not aware of any party who is a non-registered participant, and therefore electronic filing is the sole means of service of this document.

SIGNED under the pains and penalties of perjury.

Dated:  November 13, 2018              /s/ Kathleen E. Sheehan
                                          Kathleen E. Sheehan, Esq.